```
 1  STUTZ ARTIANO SHINOFF & HOLTZ, A.P.C.
    James F. Holtz, Esq.
 2  Nevada Bar No. 8119
    Scott J. Ingold, Esq.
 3  Nevada Bar No. 11818
    1120 Town Center Drive, Suite 220
 4  Las Vegas, Nevada   89144
    Telephone:     (702) 304-1803
 5  Facsimile:     (702) 304-1822
    jholtz@stutzartiano.com
 6
    Attorneys for Defendant WALGREEN CO.
 7
 8
 9
10                  UNITED STATES DISTRICT COURT
11                    FOR THE DISTRICT OF NEVADA
12  ARNETT SYDES,                         Case No.  2:11-cv-01567-KJD-VCF
13          Plaintiff,
                                          STIPULATION AND ORDER OF
14      vs.                               DISMISSAL OF ALL CLAIMS OF
                                          PLAINTIFF ARNETTE SYDES WITH
15  WALGREEN CO., an Illinois corporation, PREJUDICE
    and DOES 1-30; and ROE
16  CORPORATIONS 1-30, inclusive,
17          Defendants.
18
```

19      IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel for Plaintiff

20  ARNETT SYDES, on the one hand, and the undersigned counsel for Defendant

21  WALGREEN CO., on the other hand, that pursuant to Rule 41(a)(1) of the Federal Rules of Civil

22  Procedure, Roper dismisses all claims in this action against Defendant Walgreen Co. with

23  prejudice, without costs or attorneys' fees to the Plaintiff or Defendant, and with none of the

24  ///

25  ///

26  ///

27  ///

28  ///

1  parties as a prevailing party.

2  DATED: December 2, 2011

3                                         /s/ Michael M. Later
   By:_____
4       Michael M. Later, Esq.
        Nevada Bar No. 7416
5       8861 West Sahara Avenue, Suite 230
        Las Vegas, NV  89117
6       Tel: (702) 685-4400
        Attorneys for Plaintiff ARNETT SYDES

7  DATED: December 1, 2011        STUTZ ARTIANO SHINOFF & HOLTZ
8                                 A Professional Corporation

9                                         /s/ James F. Holtz
   By:_____
10      James F. Holtz
        Nevada Bar No. 8119
11      Mercedes S. Menendez, Esq.
        Nevada Bar No. 9443
12      1120 Town Center Drive, Suite 210
        Las Vegas, Nevada  89144
13      Telephone:    (702) 304-1803
        Facsimile:    (702) 304-1822
14      Attorneys for Defendant WALGREEN CO.

## ORDER

IT IS SO ORDERED that the above-entitled matter be dismissed, with prejudice, each party to bear their own costs and attorneys' fees, and with none of the parties as a prevailing party.

DATED: December 8, 2011

_____
UNITED STATES DISTRICT JUDGE

G:\DATA\1329\65\PL\S0074280.WPD

2

STIPULATION AND ORDER OF DISMISSAL
OF ALL CLAIMS WITH PREJUDICE