1  **STUTZ ARTIANO SHINOFF & HOLTZ, A.P.C.**
   James F. Holtz, Esq.
2  Nevada Bar No. 8119
   Scott J. Ingold, Esq.
3  Nevada Bar No. 11818
   1120 Town Center Drive, Suite 220
4  Las Vegas, Nevada   89144
   Telephone:     (702) 304-1803
5  Facsimile:      (702) 304-1822
   jholtz@stutzartiano.com
6
   Attorneys for Defendant WALGREEN CO.
7

8

9

10                 **UNITED STATES DISTRICT COURT**

11                    **FOR THE DISTRICT OF NEVADA**

12  ARNETT SYDES,                              Case No.  2:11-cv-01567-KJD-VCF

13            Plaintiff,
                                                **STIPULATION AND ORDER OF**
14       vs.                                    **DISMISSAL OF ALL CLAIMS OF**
                                                **PLAINTIFF ARNETTE SYDES WITH**
15  WALGREEN CO., an Illinois corporation,      **PREJUDICE**
    and DOES 1-30; and ROE
16  CORPORATIONS 1-30, inclusive,

17            Defendants.

18

19       IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel for Plaintiff

20  ARNETT SYDES, on the one hand, and the undersigned counsel for Defendant

21  WALGREEN CO., on the other hand, that pursuant to Rule 41(a)(1) of the Federal Rules of Civil

22  Procedure, Roper dismisses all claims in this action against Defendant Walgreen Co. with

23  prejudice, without costs or attorneys' fees to the Plaintiff or Defendant, and with none of the

24  ///

25  ///

26  ///

27  ///

28  ///

G:\DATA\1329\65\PL\S0074280.WPD                      1

STIPULATION AND ORDER OF DISMISSAL
OF ALL CLAIMS WITH PREJUDICE

parties as a prevailing party.

DATED: December 2, 2011

By: /s/ Michael M. Later
Michael M. Later, Esq.
Nevada Bar No. 7416
8861 West Sahara Avenue, Suite 230
Las Vegas, NV  89117
Tel: (702) 685-4400
Attorneys for Plaintiff ARNETT SYDES

DATED: December 1, 2011

STUTZ ARTIANO SHINOFF & HOLTZ
A Professional Corporation

By: /s/ James F. Holtz
James F. Holtz
Nevada Bar No. 8119
Mercedes S. Menendez, Esq.
Nevada Bar No. 9443
1120 Town Center Drive, Suite 210
Las Vegas, Nevada  89144
Telephone:  (702) 304-1803
Facsimile:  (702) 304-1822
Attorneys for Defendant WALGREEN CO.

### ORDER

IT IS SO ORDERED that the above-entitled matter be dismissed, with prejudice, each party to bear their own costs and attorneys' fees, and with none of the parties as a prevailing party.

DATED: December 8, 2011

_____
UNITED STATES DISTRICT JUDGE